UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4467(AKH)
WALTER GALLEGOS,

                              Plaintiffs,

      - against –

                                            ANSWER

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, 715 REALTY
CORP., ALAN KASMAN DBA KASCO,
AMG REALTY PARTNERS, LP, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITYAUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOARD OF MANAGERS OF
THE 120 BROADWAY CONDOMINIUM (CONDO #871),
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM,
BROOKFIELD FININCIAL PROPERTIES, INC.,
BROOKFIELD FININCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC.,
CITIBANK, NA, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P.,
MERRILL LYNCH & CO, INC.,
NEW YORK UNIVERSITY, NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC.,
RY MANAGEMENT CO., INC., RELATED
BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, RY MANAGEMENT,
SABINE ZERARKA, SILVERSTEIN
PROPERTIES, INC., SOUTHBRIDGE TOWERS,
INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,

THAMES REALTY CO, THE RELATED
COMPANIES, LP, THE RELATED REALTY
GROUP, INC., TOSCORP INC.,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL

                    Defendants.
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              BY: _____
                                   Heather L. Smar (4622)