```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07
```

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
_____     21 MC 102 (AKH)

IN RE WORLD TRADE CENTER                 **STIPULATION OF DISCONTINUANCE**
LOWER MANHATTAN DISASTER
SITE LITIGATION                          This stipulation relates to:   07CV05341
                                                                        07CV05344
                                                                        07CV05347
                                                                        07CV05313
                                                                        07CV1479
                                                                        07CV1483
                                                                        07CV5553
                                                                        07CV1602
                                                                        07CV1604
                                                                        07CV4467
                                                                        07CV1530
                                                                        07CV1541
                                                                        07CV1723
                                                                        07CV1732
                                                                        07CV210
                                                                        06CV15022
                                                                        06CV13880
                                                                        06CV8949
                                                                        05CV1783
_____

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action and based on the representation of the within defendant, the above-entitled action be, and the same hereby is discontinued against the defendant **715 Realty Corp.** only without prejudice and without costs to either party as against the other.

     **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered which determines that 715 Realty Corp. in fact is a proper party to this suit, that plaintiffs may

reinstitute and recommence the action against 715 Realty Corp. without regard to the applicable statute of limitations at any time within two years of the date of filing of this stipulation of discontinuance.

Dated: 9/14/07

_____
**WORBY, GRONER, EDELMAN & NAPOLIBERN, LLP**
Attorneys for Plaintiff
Office and Post Office Address
115 Broadway, 12th Floor
New York, New York 10006
Telephone: (212) 267-3700

_____
Sandra L. Holihan, Esq.
**SUGARMAN LAW FIRM, LLP**
Attorneys for 715 Realty Corp.
Office and Post Office Address
360 South Warren Street
HSBC Center, Fifth Floor
Syracuse, New York 13202-2680
Telephone: (315) 474-2943

SO ORDERED:
9-18-07

_____
ALVIN K. HELLERSTEIN
United States District Judge