Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Southbridge Towers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

07CV4449
07CV4467
07CV1466
06CV15118

IN WHICH SOUTHBRIDGE
TOWERS, INC. IS A DEFENDANT
-----------------------------------------------------------------X

21 MC 102(AKH)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

SIRS:

Defendant, Southbridge Towers, Inc. by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       October 3, 2007

FRANK A. SCANGA, ESQ.
Attorney for Defendants,
Southbridge Towers, Inc.
477 Madison Avenue
21st Floor
New York, New York 10022

(212) 758-4040

By: _____
Frank A. Scanga (FS 1460)