UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE WORLD TRADE CENTER LOWER                    21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION


-----------------------------------------------------------------x
WALTER GALLEGOS,

                              Plaintiff,          Index No.: 07 CV 4467

          -against-
                                                  **NOTICE OF
RELATED BPC ASSOCIATES, INC., RELATED             APPEARANCE**
MANAGEMENT CO., L.P., THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,        **ELECTRONICALLY
INC., and LIBERTY VIEW ASSOCIATES, L.P.           FILED**

                              Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:        New York, New York
              December 10, 2007



                                   LONDON FISCHER LLP

                         By:    _____
                                   Gillian Hines Kost, Esq. (GK-2880)
                                   59 Maiden Lane
                                   New York, New York 10038
                                   Phone: (212) 972-1000
                                   Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Gallegos\Pleadings\Notice of Appearance